**BRYAN CAVE LEIGHTON PAISNER LLP**
Joseph J. Poppen, CA Bar No. 239282
joseph.poppen@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4070
Telephone:     +1 415 675 3400
Facsimile:     +1 415 675 3434

Attorneys for Petitioner
STRIPE, LLC (formerly known as STRIPE, INC.)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIPE, LLC, | Case No. 3:26-cv-00325 |
| Petitioner, | **PETITIONER STRIPE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| HARDBODY SUPPLEMENTS, INC.; HARDBODY SUPPLEMENTS LLC; ONLINE EMPIRE, LLC; HARDBODY ENERGY, LLC; LAWRENCE PAYNE; PATRICIA PAYNE | **(Fed. R. Civ. P. 7.1)** |
| Respondents. | |

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4070

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Stripe, LLC respectfully submits the following disclosure.

Stripe, LLC states that it is a subsidiary of Stripe Global Holdings Inc., and that no publicly held corporation owns 10% or more of its stock.  Stripe, LLC is a limited liability company organized under the laws of Delaware with its principal place of business at 354 Oyster Point Blvd, South San Francisco, California.

Dated: January 12, 2026                          BRYAN CAVE LEIGHTON PAISNER LLP

_____

Joseph J. Poppen
Attorneys for Petitioner
STRIPE, LLC

PETITIONER STRIPE, LLC'S CORPORATE
DISCLOSURE STATEMENT                    2

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4070